**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Winthrop Resources Corporation,<br><br>Plaintiff,<br>v.<br><br>Sabert Corporation and Sabert Holding Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Case No. 07-CV-1735 (PJS/RLE)**<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Lawrence R. Goldman and David N. Crapo hereby withdraw as counsel for the Defendants in the above-entitled matter effective immediately. James L. Baillie and Matthew T. Boos of the law firm of Fredrikson & Byron, P.A. will continue to represent the Defendants Sabert Corporation and Sabert Holding Corporation.

Dated: June 19, 2007

*/s/ Matthew T. Boos*

James L. Baillie (# 3980)
Matthew T. Boos (# 237310)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7180
Facsimile: (612) 492-7077
jbaillie@fredlaw.com
mboos@fredlaw.com

**Attorneys for Defendants Sabert Corporation and Sabert Holding Corporation**

4210873_1.DOC