**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Winthrop Resources Corporation,

Plaintiff,

vs.

Sabert Corporation and Sabert Holding Corporation,

Defendants.

**Civil No. 07-CV-1735 (PSJ/RLE)**

**MOTION FOR SUMMARY JUDGMENT**

TO: Sabert Corporation and Sabert Holding Corporation, and their attorneys, Matthew T. Boos and James L. Baillie, Fredrikson & Byron, P.A., 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402.

Plaintiff Winthrop Resources Corporation, hereby moves the Court under Fed. R. Civ. P. 56(c) for an Order for Summary Judgment as to all claims and counterclaims in this action.

This motion is based on Plaintiff's Memorandum in Support of Its Motion for Summary Judgment, together with the accompanying exhibits. This motion is also based upon all of the files, records, and proceedings herein, as well as on the arguments of counsel at the motion hearing.

Date: October 19, 2007

/s/Michael M. Krauss
Michael M. Krauss (#342002)
Faegre & Benson LLP
2200 Wells Fargo Center, 90 S. 7th Street
Minneapolis, MN 55402
(612) 766-7000
mkrauss@faegre.com

fb.us.2369451.01