**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Winthrop Resources Corporation,

Plaintiff,

vs.

Sabert Corporation and Sabert Holding Corporation,

Defendants.

**Civil No. 07-CV-1735 (PSJ/RLE)**

**STIPULATION FOR FILING CERTAIN DOCUMENTS UNDER SEAL**

**WHEREAS**, the parties are negotiating and expect to enter into a Stipulation of Confidentiality in this case, and to request that the Court enter an accompanying protective order pursuant to Fed. R. Civ. P. 26;

**WHEREAS**, plaintiff Winthrop Resources Corporation ("Winthrop") has produced to defendants certain documents that it has marked and designated as Confidential;

**WHEREAS**, Winthrop wishes to ensure that certain documents marked as Confidential may be filed under seal in connection with defendants' opposition to plaintiff's motion for summary judgment;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. In opposing plaintiff's motion for summary judgment, defendants may and are to file under seal the following documents produced by plaintiff, identified by bates-stamp number: WRC000075-79; WRC0000493-94; WRC000525-30; WRC000533-34; WRC000640-41; WRC000672; WRC000693; WRC001073-75; WRC0001080-81; WRC001101-04; WRC001124-36; and WRC001159-61.

2. Defendants reserve the right to seek further Court relief concerning the unsealing of any documents filed under seal.

3. In connection with defendants' opposition to plaintiff's motion for summary judgment, the documents identified in paragraph 1 above shall be filed in sealed envelopes displaying the caption of the action, a general description of the contents of the envelope, and the following statement:

> **CONFIDENTIAL MATERIAL FILED UNDER SEAL**
>
> This envelope contains materials designated as "Confidential" pursuant to Court Order entered on ____________. This envelope is NOT to be opened nor the contents thereof to be revealed, except by Court order; provided, however, that any Judge presiding over this case and the Judge's staff may review the contents of this envelope, and counsel of record in this case may open and inspect the contents of this envelope in the office of the Clerk of Courts, without order of the Court.

**SO STIPULATED:**

Dated: November 13, 2007

**FAEGRE & BENSON, LLP**

By: s/ Michael M. Krauss
Michael M. Krauss, #342002

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000

**Attorneys for Plaintiff**

Dated: November 13, 2007

**FREDRIKSON & BYRON, P.A.**

By: s/ Matthew T. Boos
Matthew T. Boos, #237310

2200 Wells Fargo Center
90 South Sixth Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000

**Attorneys for Defendants**

2418850v1