**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Winthrop Resources Corporation,

Plaintiff,

vs.

Sabert Corporation and Sabert Holding Corporation,

Defendants.

Civil No. 07-CV-1735 (PSJ/RLE)

ORDER

Pursuant to the Stipulation of the parties [Docket No. 24], and the Court's authority, it is --

ORDERED:

1. That the Stipulation [Docket No. 24] is APPROVED, and is adopted as the Order of this Court, and the parties are directed to comply fully with its terms.

2. That the Clerk of Court is directed to maintain the confidentiality of the documents identified in the foregoing stipulation.

3. That, in connection with the defendants' opposition to plaintiff's motion for summary judgment, the documents identified in the foregoing stipulation shall be filed in sealed envelopes displaying the caption of the action, a general description of the contents of the envelope, and the following statement:

**CONFIDENTIAL MATERIAL FILED UNDER SEAL**

This envelope contains materials designated as "Confidential" pursuant to Court Order entered on ____________. This envelope is NOT to be opened nor the contents thereof to be revealed, except by Court order; provided, however, that any Judge presiding over this case and the Judge's staff may review the

contents of this envelope, and counsel of record in this case may open and inspect the contents of this envelope in the office of the Clerk of Courts, without order of the Court.

Dated: November 13, 2007

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE