Fredrikson
& BYRON, P.A.

November 14, 2007

Judge Patrick J. Schiltz
United States District Court
180 East fifth Street
St. Paul, MN 5510172

Re: Winthrop Resources Corporation v. Sabert Corporation, et al.
Case No. 07-1735

Dear Judge Schiltz:

I represent the Defendants in the above-referenced matter. At 11:58 last evening, I filed Defendants' Memorandum in Opposition to Plaintiff's Summary Judgment Motion. The purpose of this letter is to request the Court's permission to strike footnote 6 of our Memorandum in Opposition so that I may comply with the 12,000 word maximum permitted under the Local Rules (the current word count is 12,017).

At approximately 11:00 p.m. last night, I was informed by a legal assistant (who is much more adept than I am at operating the "word count" feature in Microsoft Word) that the word counts that I had run periodically over the past several days did not include footnotes. Including the footnotes added nearly 800 words at the time, placing me well over the word limit. I proceeded to edit the Memorandum up to the time of filing and mistakenly believed I was under the limit upon filing. I was 17 words over the limit. Striking footnote 6 will result in a word count under 12,000 words.

Very truly yours,

FREDRIKSON & BYRON, P.A.

Matt T. Boos

Matthew T. Boos
*Attorney*
**Direct Dial:** 612.492.7180
**Email:** mboos@fredlaw.com

MTB:lrf:4281074/55189-1