✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Winthrop Resources Corporation

V.

Sabert Corporation and
Sabert Holding Corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 07cv1735 PJS/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's motion for summary judgment [Docket No. 19] is GRANTED.

2. Plaintiff shall recover $468,127.47 from defendants.

3. Plaintiff is entitled to the return of the equipment leased to defendants pursuant to Lease Agreement No. SA041003.

4. Plaintiff is entitled to recover its attorney's fees, costs, and expenses incurred as a result of defendants' breach of Lease Agreement No. SA041003.

5. Within ten days of the date of this order, plaintiff shall file and serve a detailed affidavit and supporting documentation for its attorney's fees, costs, and expenses. Defendants may file and serve a response of no more than 4000 words within ten days after the date plaintiff files and serves its affidavit.

June 23, 2008
Date

RICHARD D. SLETTEN, CLERK

s/V. Moralez
(By) V. Moralez, Deputy Clerk