**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Winthrop Resources Corporation,

Plaintiff,

vs.

Sabert Corporation and Sabert Holding Corporation,

Defendants.

**Civil No. 07-CV-1735 (PJS/RLE)**

**SATISFACTION OF JUDGMENT**

Plaintiff, through its attorneys, represents that the Judgment entered against defendants on June 23, 2008, in this action has been satisfied, and that the Court Administrator of this Court is hereby authorized to discharge said Judgment.

Date: September 4, 2008.

**FAEGRE & BENSON LLP**

/s/Michael M. Krauss

Michael M. Krauss, # 0342002
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

***Attorneys for Plaintiff***
***Winthrop Resources Corporation***

Subscribed and sworn to before me
this 4th day of September, 2008.

/s/Kathleen E. Spaulding
Notary Public
Commission Expires: 1/31/10

3164647v1